**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 601 MAL 2022

           Respondent             :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

           v.                            :

                                     :

LEA BULLOCK,                          :

                                     :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.